**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tarik Dawaud Nasir | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 25-13664 DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Avail Holding LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
26 Sep 2025, 15:34:31, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 08c23e0f1d94d01953e51323fedd5f5a180f9bb9d53c4bce73a6090ad9fc7bfc