IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Tyrik D. Nasir                :        Bk No.: 25 - 13664 - djb

                               :        Chapter 13

                               :

**ENTRY OF APPEARANCE FOR DEBTOR**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly enter my appearance for the Debtor, Tyrik D. Nasir in the above-captioned Chapter 13 bankruptcy.

Date: September 30, 2025                    Respectfully Submitted:

/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire (Pa - 57512)
Attorney for Debtor, Tarik D. Nasir
7715 Crittenden Street, No. 360
Philadelphia, Pa. 19118
(215) 735 - 3377/(215) 827 - 5420 fax
Email: djpesq@gmail.com