IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Tyrik D. Nasir　　　　　　　　　　　　:　　　　　Bk No.: 25 - 13664 - djb

　　　　　　　　　　　　　　　　　　　　　　　:　　　　　Chapter 13

　　　　　　　　　　　　　　　　　　　　　　　:

**Order**

AND NOW, this　　　　day of　　　　, 2025, upon review of Debtor's Motion for an Extension of time in which to file missing schedules it is hereby ORDERED and DECREED that said Motion is GRANTED. Debtor shall file its missing schedules on or before ~~Oxxxbxexx0X2Xx X0X6Xxx~~

**October 25, 2025**

_____
Derek J. Baker, U.S. Bankruptcy Judge

**Date: October 17, 2025**