*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tarik Dawud Nasir
    Debtor(s)

Case No: 25–13664–djb

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the first installment payment in the amount of $113.00 will be held before the Honorable Derek J Baker, United States Bankruptcy Court

    on: 11/20/25

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Mohung Wong
Clerk of Court

Dated: November 3, 2025

32
Form 175