UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

**In re**         **Tarik Dawud Nasir**                :         Chapter 13

**Debtor**

:         Bankruptcy No. 25-13664-djb

### ORDER DISMISSING CASE

AND NOW, it is

1.     *( **X** )  ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case be, and the same hereby is, DISMISSED.

2.     *(    ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.     *(    ) ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is, DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

**DATE: November 21, 2025**

_____
Derek J. Baker
United States Bankruptcy Judge

\* numbered paragraph is applicable if selected