United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 25-13664-djb
Tarik Dawud Nasir | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Nov 21, 2025 | Form ID: pdf900 | Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tarik Dawud Nasir, 1508 W Seybert Street, Philadelphia, PA 19121-4306 |
| 15049639 | + | Avail Holding, 2100 Ponce De Leon #720, Coral Gables FL 33134-5207 |
| 15055171 | + | Avail Holding LLC, c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 22 2025 01:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15054966 | ^ | MEBN | Nov 22 2025 01:06:49 | Avail Holding LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15049640 | | Email/Text: megan.harper@phila.gov | Nov 22 2025 01:50:00 | City of Philadelphia, 1515 Arch Street, Philadelphia PA 19102 |
| 15049637 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2025 02:04:41 | Capital One, P.O. Box 31293, Salt Lake City UT 84131-0293 |
| 15060336 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2025 01:50:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15060808 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2025 01:50:00 | Jefferson Capital Systems, LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 15049638 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 22 2025 01:50:00 | PECO Energy, Claims Division, S16-1, 2301 Market Street, Philadelphia PA 19103-1338 |
| 15049636 | | Email/Text: bankruptcies@penncredit.com | Nov 22 2025 01:49:00 | Penn Credit Corp., 2800 Commerce Dr., Harrisburg PA 17110 |
| 15050157 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2025 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15053389 | ^ | MEBN | Nov 22 2025 01:06:36 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15073149 | + | Email/Text: BKMAIL@planethomelending.com | Nov 22 2025 01:49:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 15051870 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2025 01:45:26 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: pdf900 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DEMETRIUS J. PARRISH | on behalf of Debtor Tarik Dawud Nasir djpbkpa@gmail.com djp711@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor AVAIL HOLDING LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

In re     **Tarik Dawud Nasir**     :     **Chapter 13**

**Debtor**

:     Bankruptcy No. 25-13664-djb

## ORDER DISMISSING CASE

AND NOW, it is

1.    *(**X**) ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case be, and the same hereby is, DISMISSED.

2.    *( ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.    *( ) ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is, DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

**DATE: November 21, 2025**

                                               Derek J. Baker
                                               United States Bankruptcy Judge

\* numbered paragraph is applicable if selected