Request for Reconsideration of Dismissal - Bankruptcy Case # 25-136-04.

Tarik Nosin
1508 W. Seybert street
Philadelphia, PA 19121
12/16/25

FILED
DEC 16 2025
CLERK OF COURT
BY _____ DEP. CLERK

Honorable Judge. Derek Baken.
Pennsylvania Bankruptcy Court.
900 Market street s.t. #400
Phila PA 19107

Re: Bankruptcy Case # 25-136-04. Dismissed Nov. 21, 2025.

Dear Judge Baken,

I am writing to respectfully request that you reconsider the dismissal of my bankruptcy case. # 25-136-04 which was dismissed for failure to pay filing fees in full. I initially filed pro-se but did, shortly after filing hire Attorney Demetrius Parrish to represent me after realizing how complicated the process was. Mr. Parrish did collect $1500 from me and filed his appearance on my behalf. I met with Mr. Parrish and completed the schedule and had been awaiting further notice from Mr. Parrish when he dissapeared. In our conversations he instructed me to not pay anything before I got his ok. It has been over 30 days since I have been able to reach him and decided

Cont

To Judge Derek Baken

Dec 16th, 2025

To come to the court after many unsuccessful attempts to reach Mr. Parrish regarding my status and next steps. I still require bankruptcy protection and am willing and able to make all payments due to the courts.

Once again I request a reconsideration of this dismissal.

Sincerely
Torik Nosin
207 438 1441