Change of address for
Tarik Nasir

Please change debtor address
To 5021 Haverford avenue
Philadelphia, PA 19139.



FILED
DEC 16 2025
CLERK OF COURT
BY _____ DEP. CLERK