UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Tarik Dawud Nasir | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 25-13664 |

_____

**ORDER**

AND NOW, this 23rd day of December 2025, upon consideration of Debtor's Motion for Reconsideration of Dismissal of Case (the "Motion") [Dkt. No. 40], said Motion is hereby **DENIED** for failure to satisfy the elements of Fed. R. Bankr. P. 9023.

_____
Derek J. Baker
U.S. Bankruptcy Judge